

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| XFMRS, INC., | | |
| | Plaintiff, | **02C 3084** |
| v. | | |
| VISIONTEK, LLC, | | JUDGE HIBBLER |
| | Defendant. | MAGISTRATE JUDGE LEVIN |

## COMPLAINT

NOW COMES the plaintiff, XFMRS, INC, by and through its attorneys, ICE MILLER, to set forth the following as its complaint against the Defendant, VISIONTEK, LLC:

### PARTIES

1. XFMRS, INC, (XFMRS) is a corporation organized under the laws the State of Indiana which has its principal place of business in Indiana.

2. VISIONTEK, LLC, (VISIONTEK) is a limited liability company organized pursuant to the statutes of the State of Illinois. VISIONTEK's principal place of business is in the State of Illinois.

### JURISDICTION AND VENUE

3. Jurisdiction in this matter is based on diversity of citizenship under 28 U.S.C. 1332(a) because the Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds $75,000.

4. Venue is proper in this District because the Defendant resides in this judicial district.

## BREACH OF CONTRACT

5.  VISIONTEK contracted for the purchase of certain electronic parts from XFMRS in the amount of $108,055.60. Attached as Exhibit A is an itemization of the respective invoices, payment due dates and the outstanding balances owed on the various electronic parts that were purchased by VISIONTEK.

6.  XFMRS shipped the various parts and components pertaining to the invoices identified in the attached Exhibit A. VISIONTEK accepted these deliveries but has failed to remit payment for the goods received pursuant to its contract with XFMRS.

7.  As a result of VISIONTEK's failure to timely pay the outstanding balances on the invoices identified in Exhibit A, XFMRS is entitled to prejudgment interest. As itemized on Exhibit A, the amount of interest that is payable through April 30, 2002, amounts to $1,155.78.

8.  XFMRS has repeatedly contacted VISIONTEK to demand payment of the balance owed and has not received any response from VISIONTEK.

9.  In addition to the items identified in Exhibit A, VISIONTEK has also contracted to purchase additional parts in amounts which are identified in Exhibit B. XFMRS has complied with its obligation to produce the parts identified in Exhibit B but has not shipped said items because of VISIONTEK's repeated failure to pay amounts it owes XFMRS.

10.  As a result, XFMRS is owed additional damages in the amount of $20,530 by reason of VISIONTEK's breach of its obligation to purchase the parts itemized in Exhibit B.

11.  At all times relevant hereto XFMRS has complied with its contractual obligations to VISIONTEK.

WHEREFORE, XFMRS, INC, prays that this court enter judgment in its favor and against VISIONTEK, LLC, in an amount equal to $128,585.60 plus prejudgment interest, the costs of this suit and any such additional relief deemed necessary and appropriate by the court.

ICE MILLER
Respectfully submitted,

_____
John Donahue
Attorney for Plaintiff,

ICE MILLER
135 S. LaSalle Street, Ste. 4100
Chicago, IL 60603
(312) 726-1567
Fax: (312) 641-6263

CHICAGO 19198v1

Visiontek
Outstanding receivables
Interest calculation through April 30, 2002

| Invoice # | Due Date | Outstanding Balance | Monthly interest rate | Interest Due | Balance due after interest |
|---|---|---|---|---|---|
| 7904 | 3/16/02 | 8,540.00 | 1.50% | 189.52 | 8,729.52 |
| 7905 | 3/16/02 | 10,500.00 | 1.50% | 233.01 | 10,733.01 |
| 7949 | 3/22/02 | 3,575.00 | 1.50% | 68.76 | 3,643.76 |
| 7948 | 3/22/02 | 3,174.40 | 1.50% | 61.05 | 3,235.45 |
| 8021 | 3/30/02 | 1,950.00 | 1.50% | 29.81 | 1,979.81 |
| 8045 | 4/3/02 | 12,600.00 | 1.50% | 167.77 | 12,767.77 |
| 8062 | 4/4/02 | 2,925.00 | 1.50% | 37.50 | 2,962.50 |
| 8097 | 4/6/02 | 4,550.00 | 1.50% | 53.85 | 4,603.85 |
| 8118 | 4/7/02 | 2,600.00 | 1.50% | 29.49 | 2,629.49 |
| 8146 | 4/11/02 | 5,200.00 | 1.50% | 48.72 | 5,248.72 |
| 8166 | 4/13/02 | 15,680.00 | 1.50% | 131.45 | 15,811.45 |
| 8175 | 4/14/02 | 396.80 | 1.50% | 3.13 | 399.93 |
| 8232 | 4/18/02 | 3,900.00 | 1.50% | 23.08 | 3,923.08 |
| 8261 | 4/20/02 | 8,400.00 | 1.50% | 41.42 | 8,441.42 |
| 8273 | 4/21/02 | 3,250.00 | 1.50% | 14.42 | 3,264.42 |
| 8326 | 4/25/02 | 3,174.40 | 1.50% | 7.83 | 3,182.23 |
| 8312 | 4/25/02 | 6,060.00 | 1.50% | 14.94 | 6,074.94 |
| 8402 | 5/1/02 | 3,780.00 | | | 3,780.00 |
| 8411 | 5/2/02 | 7,800.00 | | | 7,800.00 |
| | | 108,055.60 | | 1,155.78 | 109,211.38 |

EXHIBIT A

Visiontek
Open Orders   As of April 23, 2002

| PO Date | PO # | Part # | Balance to be shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1/10/02 | 10101 | XFTPRH1207-4R7M | 30,800 | 0.35 | 10,780.00 |
| 2/19/02 | 11200 | XF857CM-0009 | 1,300 | 0.25 | 325.00 |
| 1/29/02 | 10724 | XF857CM-0009 | 13,000 | 0.25 | 3,250.00 |
| 2/25/09 | 11347 | XF857CM-0009 | 3,900 | 0.25 | 975.00 |
| 3/11/02 | 11535 | XF857CM-0009 | 20,800 | 0.25 | 5,200.00 |

Total Extended Price                                                             20,530.00

EXHIBIT B

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



DOCKETED
MAY 0 1 2002

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** XFMRS, INC.　　　　　　　　　　　**Defendant(s):** VISIONTEK, L.L.C.

County of Residence: Marion County, Indiana　　County of Residence: Lake County, Illinois

Plaintiff's Atty:　John F. Donahue　　　　　　　　Defendant's Atty:
　　　　　　　　　Ice Miller
　　　　　　　　　135 S. LaSalle St., Suite 4100
　　　　　　　　　312-726-8148

**02C 3084**

II. Basis of Jurisdiction:　　4. Diversity (complete item III)　　　　JUDGE HIBBLER

III. Citizenship of Principal
Parties (Diversity Cases Only)　　　　　　　　　　　　MAGISTRATE JUDGE LEVIN

　　　Plaintiff:- 5 Non IL corp and Principal place of Business outside IL
　　　Defendant:- 4 IL corp or Principal place of Bus. in IL

IV. Origin :　　　　　　　1. Original Proceeding

V. Nature of Suit:　　　　190 Other Contract

VI. Cause of Action:　　　28 U.S.C. 1332(a)-- suit to recover funds owed.

VII. Requested in Complaint
　　　Class Action: No
　　　Dollar Demand: $128,585.60
　　　Jury Demand: No

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _John F. Donahue_

Date: 4/29/02

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**　　　Revised: 06/28/00

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
Eastern Division

Double click on question mark for appearance form instructions

In the Matter of

XFMRS, INC.,
                    Plaintiff,
        vs.
VISIONTEK, LLC.,
                    Defendant.

DOCKETED
MAY 0 1 2002

Case No. **02C 3084**

JUDGE HIBBLER
MAGISTRATE JUDGE LEVIN

FILED - ED4
02 APR 30 PM 4: 30
U.S. DISTRICT COURT CLERK

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

XFMRS, INC.

| (A) | (B) |
|---|---|
| SIGNATURE: *John F. Donahue* | SIGNATURE: |
| NAME: John F. Donahue | NAME: |
| FIRM: Ice Miller | FIRM: |
| STREET ADDRESS: 135 S. LaSalle St., Suite 4100 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, Illinois 60603 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (312) 726-8148 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: 6193082 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ✔ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ✔ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

1-3